CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 18 2021
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

QUINCY EUGENE MOORE,

    Plaintiff,

v.

B. RYAN MCGUIRE,

BRIAN EPPERSON,

POLICE CHIEF JAMES W. BINNER,

TOWN OF SOUTH BOSTON, VIRGINIA,

HALIFAX COUNTY, VIRGINIA,

AND

SENTARA HALIFAX REGIONAL
HOSPITAL, INC.,

    Defendants.

Case No.: 4:21CV00041

[formerly Circuit Court of Halifax County
Civil Action No. CL20001168-00]

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF THE DISTRICT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF VIRGINIA, DANVILLE DIVISION:**

    Defendants, B. Ryan McGuire, Police Chief James W. Binner and the Town of South Boston, Virginia, by counsel, hereby file this Notice of Removal with respect to the captioned Case No.: CL20001168-00, which was filed and currently is pending in the Circuit Court of Halifax County, Virginia, to the United States District Court for the Western District of Virginia pursuant to 28 U.S.C. §§1331, 1441, and 1446. In support of this Notice of Removal, these Defendants state as follows.

**State Court Action**

1. On October 2, 2021, Plaintiff Quincy Eugene Moore ("Moore"), filed a Complaint in the Circuit Court of Halifax County, Virginia styled Quincy Eugene Moore v Police Chief James Binner, Town of South Boston, et al., Case No.: CL20001168-00 (the "State Court Action"). A copy of the Complaint is attached hereto and incorporated herein as Exhibit A.

2. Defendant James Binner, the retired former Chief of Police of the Town of South Boston, was served with the summons and Complaint on September 21, 2021. The Town Attorney, Amanda Morgan, was served with the summons and Complaint on September 24, 2021. A copy of each service return is attached hereto and incorporated herein as Exhibit B.

3. The Complaint purports to assert three causes of action including: (I) "Violation of Federal and State Constitutional Rights," specifically the Fourth, Fifth, Eighth and Fourteenth Amendments of the United States Constitution and "corresponding Virginia Constitutional Rights" guaranteed under Article1, section 9, 10 and 11 of the Virginia Constitution; (II) "Negligent Training and Supervision" against Defendants James W. Binner, the Town of South Boston and Halifax County; (III) "Negligent Training and Supervision" against Sentara Halifax Regional Hospital, Inc.; and (IV) "Assault and Battery" against Defendants Brian Epperson and Sentara Halifax Regional Hospital, Inc.

4. Plaintiff seeks compensatory damages in the amount of $200,000.00, Plaintiff's costs expended, and such other relief as the Court deems fit.

5. These Defendants filed their Answer on October 8, 2021, in the Circuit Court of Halifax County, Virginia. A copy of these Defendants' Answer is attached hereto and

incorporated herein as Exhibit C.

### This Case is Removable Based on Federal Question Jurisdiction

6. Federal District Courts have subject matter jurisdiction over cases that raise federal questions. Pursuant to 28 U.S.C. §1331 "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States" 28 U.S.C. §1331.

7. Count I of Plaintiff's Complaint alleges violations of the United States Constitution, specifically the Fourth, Fifth, Eighth and Fourteenth Amendments thereof.

8. These allegations raise federal questions over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331.

9. This Court has supplemental jurisdiction of the Plaintiff's state law claims which derive from a common nucleus of operative face with the federal law claims. United Mine Workers v. Gibbs, 383 U.S. 715, 86 S.Ct.1130, 16 L.E.2d 218 (1966).

### All Procedural Requirements for Removal Have Been Satisfied

10. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the State Court Action which have been served upon these Defendants are being filed with this Notice of Removal.

11. This Notice of Removal has been filed within 30 days of the date that these Defendants were served with the summons or the Complaint in this matter. Removal is, therefore, timely in accordance with 28 U.S.C. §1446(b)(1).

12. In accordance with 28 U.S.C. §1446(b)(2), all Defendants who have been served with summons or the Complaint in this matter have consented to this removal.

13. Venue is proper in this Court pursuant to 28 U.S.C. §§1441(a) and 1446(a) because the U.S. District Court for the Western District of Virginia is the federal judicial district embracing the Circuit Court for Halifax County, Virginia, where the State Court Action was filed.

14. The Clerk of Court for Halifax County, Virginia, from which this action is removed, and Plaintiff's counsel shall promptly be given written Notice that the Notice of Removal has been filed and shall be provided a copy of the Notice of Removal.

15. These Defendants demand trial by jury.

## Conclusion

WHEREFORE, these Defendants pray that this Notice of Removal be accepted as sufficient for removal of this action to this Court. By this Notice of Removal, these Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action. These Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.

Respectfully submitted,

B. RYAN MCGUIRE
POLICE CHIEF JAMES W. BINNER
AND
TOWN OF SOUTH BOSTON, VIRGINIA
  By Counsel

Counsel:

s/ James A. L. Daniel
James A. L. Daniel, Esquire (VSB# 03881)
Marta W. Medley, Esquire (VSB#85324)
DANIEL, MEDLEY & KIRBY, P.C.
Post Office Box 720
110 North Union Street
Danville, Virginia 24543-0720
(434) 792-3911
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com

## CERTIFICATE OF COUNSEL

I hereby certify that on this 18th day of October, 2021, the foregoing Notice of Removal was sent via United States First Class mail to the following counsel of record:

>Matthew L. Pack, Esquire
>M. Pack Law, PLLC
>423 East Main Street
>P.O. Box 258
>Bedford, Virginia 24523
>*Counsel for Plaintiff*
>
>Jeremy E. Carroll, Esquire
>Guynn Waddell Carroll & Lockaby
>415 S. College Avenue
>Salem, Virginia 24153
>*Counsel for Defendant Halifax County*
>
>Carlyle R. Wimbush, Esquire
>Wimbish Gentile McCray & Roeber, PLLC
>8730 Stony Point Parkway, Suite 20
>Richmond, Virginia 23235
>*Counsel for Defendants Brian Epperson*
>*And Sentara Halifax Regional Hospital, Inc.*

s/ James A. L. Daniel